**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEE RASHIEK JOHNSON-HOUSTON,

Plaintiff

v.

KENNY, et al.,

Defendants

Case No.: 3:26-cv-00382-ART-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

The court is aware that an order in another of Plaintiff's cases that had been mailed to Plaintiff's address of record in this case was returned as undeliverable. (*See* ECF No. 5 in Case No. 3:26-cv-00318-MMD-CSD.) This suggests that the address of record in this case is no longer current.

Accordingly, Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: September 17, 2026

Craig S. Denney
United States Magistrate Judge